COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 12-CV-5590
DATE: 12/7/16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

KENDALL RICHBURG,

                              Plaintiff,

            -against-

CITY OF NEW YORK, SERGEANT DENNIS
FRIENDLY, SERGEANT MICHAEL WHITE,
DETECTIVE JOSE HIGA, DETECTIVE EMRAH ATES,
and DETECTIVE SEAN FINNEGAN,

                              Defendants.

------------------------------------------------------------------ x

**VERDICT FORM**

12-cv-5590 (LDH) (VMS)

**False Arrest**

    Question 1(a):

Has Plaintiff proven by a preponderance of the evidence that he was falsely arrested by any of the following Defendants?

| Defendant | YES | NO |
|---|---|---|
| Dennis Friendly | ✓ | |
| Michael White | | ✓ |
| Jose Higa | | ✓ |
| Sean Finnegan | ✓ | |

**If you answered "Yes" as to any Defendant, please proceed to Question 1(b).**

**If you answered "No" as to all Defendants, please proceed to Question 2(a).**

Question 1(b):

Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as a result of being falsely arrested?

YES ✓  NO ____

**If you answered "Yes", please proceed to Question 1(c).**

**If you answered "No", please proceed to Question 1(d).**

Question 1(c):

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on his false arrest claim:

$ 10,000.00

**Proceed to Question 2(a).**

Question 1(d):

What amount of nominal damages, not to exceed one dollar, do you award Plaintiff on his false arrest claim?

$ _____

**Proceed to Question 2(a).**

**Excessive Force**

Question 2(a):

Has Plaintiff proven by a preponderance of the evidence that he was subjected to excessive force by any of the following Defendants?

| Defendant | YES | NO |
|---|---|---|
| Dennis Friendly | ____ | ✓ |
| Jose Higa | ____ | ✓ |
| Emrah Ates | ____ | ✓ |
| Sean Finnegan | ____ | ✓ |

**If you answered "Yes" as to any Defendant, please proceed to Question 2(c).**

**If you answered "No" as to all Defendants, please proceed to Question 2(b).**

2

Question 2(b):

Has Plaintiff proven by a preponderance of the evidence that he was subjected to excessive force by one or more of the Defendants, but you are uncertain of the identity of the Defendant(s)?

YES ✓    NO ____

**If you answered "Yes", please proceed to Question 2(c).**

**If you answered "No", please proceed to Question 3(a).**

Question 2(c):

Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as a result of being subjected to excessive force?

YES ✓    NO ____

**If you answered "Yes", please proceed to Question 2(d).**

**If you answered "No", please proceed to Question 2(e).**

Question 2(d):

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on his excessive force claim:

$ 15,000.00

**Proceed to Question 3(a).**

Question 2(e):

What amount of nominal damages, not to exceed one dollar, do you award Plaintiff on his excessive force claim?

$ _____

**Proceed to Question 3(a).**

**Malicious Prosecution**

Question 3(a):

Has Plaintiff proven by a preponderance of the evidence that he was maliciously prosecuted by any of the following Defendants?

Dennis Friendly     YES __✓__ NO _____

Sean Finnegan     YES __✓__ NO _____

**If you answered "Yes" as to any Defendant, please proceed to Question 3(b).**

**If you answered "No" as to all Defendants, please proceed to Question 4(a).**

Question 3(b):

Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as a result of being maliciously prosecuted?

YES __✓__ NO _____

**If you answered "Yes", please proceed to Question 3(c).**

**If you answered "No", please proceed to Question 3(d).**

Question 3(c):

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on his malicious prosecution claim.

$ __15,000.00__

**Proceed to Question 4(a).**

Question 3(d):

What amount of nominal damages, not to exceed one dollar, do you award Plaintiff on his malicious prosecution claim?

$ _____

**Proceed to Question 4(a).**

## Failure to Intervene

Question 4(a):

Has Plaintiff proven by a preponderance of the evidence that any Defendant, although having a realistic opportunity to do so, failed to intervene to prevent another Defendant from violating Plaintiff's constitutional rights?

| Dennis Friendly | YES ✓ | NO ___ |
| Michael White | YES ✓ | NO ___ |
| Jose Higa | YES ✓ | NO ___ |
| Emrah Ates | YES ✓ | NO ___ |
| Sean Finnegan | YES ✓ | NO ___ |

**If you answered "Yes" as to any Defendant, please proceed to Question 4(b).**

**If you answered "No" as to all Defendants, please proceed to Question 5(a).**

Question 4(b):

Has Plaintiff proven by a preponderance of the evidence that he is entitled to compensatory damages as a result of a Defendant's failure to intervene?

YES ✓ NO ___

**If you answered "Yes", please proceed to Question 4(c).**

**If you answered "No", please proceed to Question 4(d).**

Question 4(c):

State the total dollar amount of any actual compensatory damages that Plaintiff is entitled to on his failure to intervene claim.

$ 15,000.00

**Proceed to Question 5(a).**

5

Question 4(d):

What amount of nominal damages, not to exceed one dollar, do you award Plaintiff on his failure to intervene claim?

$ _____

**If you answered "Yes" to Questions 1(a), 2(a), 3(a), or 4(a), proceed to Question 5(a).**

**If you answered "No" to Questions 1(a), 2(a), 3(a), and 4(a), your deliberations are complete.**

**Punitive Damages** (Only answer if you responded "Yes" to Question 1(a), 2(a), 3(a), or 4(a).)

Question 5(a):

Has Plaintiff proven by a preponderance of the evidence that a Defendant's violation of Plaintiff's civil rights was malicious or wanton?

| | | | | |
|---|---|---|---|---|
| Dennis Friendly | YES | ✓ | NO | |
| Michael White | YES | ✓ | NO | |
| Jose Higa | YES | | NO | ✓ |
| Emrah Ates | YES | ✓ | NO | |
| Sean Finnegan | YES | ✓ | NO | |

**If you answered "Yes" as to any Defendant, proceed to Question 5(b).**

**If you answered "No" as to all Defendants your deliberations are complete.**

Question 5(b):

What amount of punitive damages, if any, do you award Plaintiff?

$ 20,000.00

**You have completed your deliberations.**

Dated:   Brooklyn, New York
         December **7**, 2016

_____
FOREPERSON

6