OFODILE DECLARATION EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KENDALL RICHBURG,                                   Index No.:12-cv-5590 (RRM)(VMS)

                        Plaintiff,

   -against-

THE CITY OF NEW YORK,
SERGEANT DENNIS FRIENDLY,
SERGEANT MICHAEL WHITE,
DETECTIVE JOSE HIGA,
DETECTIVE EMRAH ATES, AND
DETECTIVE SEAN FINNEGAN,

                        Defendant
-------------------------------------------------------------x

## AFFIDAVIT OF VINCENT EKE-NWEKE, ESQ., IN SUPPORT OF ANTHONY OFODILE'S MOTION FOR ATTORNEY'S FEES

Vincent Eke-Nweke, being duly sworn states as follows:

1. I am an attorney duly admitted to practice law in the State of New York and in the United States District Court for the Southern and Eastern Districts of New York, and I make this Affidavit in support of the application of Anthony Ofodile, Esq., to be paid $425.00 per hour in attorneys fees as attorney for the prevailing party in this case.

2. I was admitted to practice law in the State of New York in 1995.

3. Since my admission, a substantial part of my practice has consisted of employment discrimination/civil rights litigation and I am familiar with the hourly rate paid to prevailing plaintiff's attorneys of varying experiences in the Eastern District of New York in employment discrimination cases and other civil rights litigation.

4. I have known Mr. Ofodile since 1994 and know that a substantial part of his practice is in

1

      the areas of civil rights and employment discrimination litigation. He is a very competent and experienced attorney in these areas of practice.

5. I am advised that Mr. Ofodile was retained in this case in the year 2012. Based on Mr. Ofodile's knowledge and experience at the bar, the request for $425.00 an hour is reasonable for a plaintiff's attorney with his knowledge and experience in employment and civil rights litigation, having regard to the fees awarded in the Eastern District of New York to attorneys with similar experience and knowledge.

6. Mr. Ofodile has gained a lot of experience as trial counsel in employment discrimination and civil rights cases. I understand that he was the lead trial counsel during the trial of this case. The sum of $425.00 an hour is also reasonable having regard to the fact that a majority of plaintiffs lose civil rights trials against the police and the public purpose behind the fee award is best served by compensating attorneys who take the risk in representing plaintiffs in these cases as such plaintiffs usually are unable to pay counsel.

7. I know that Mr Ofodile has litigated some high profile civil rights/employment discrimination cases that have been covered in both newspapers and television, including the New York Times, Fox News, Channel 11, among others.

8. Based upon the foregoing, I support Mr. Ofodile's application for $425.00 an hour as a reasonable request based on fees awarded to attorneys with his length of admission to the bar, and experience in civil rights litigation, especially in civil rights cases.

                                                               Vincent Eke-Nweke, Esq.

Sworn to before me this
6th day of March, ~~2016~~ 2017

_____
NOTARY PUBLIC

           CYNTHIA I. AMADIOHA
     Notary Public, State of New York
            No. 01AM6314826
         Qualified in Kings County
   My Commission Expires November 17, 2018